IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Julie Dempster,

                Plaintiff,

    v.

Nike, Inc., et al,

                Defendant.

Civil No. CV 05-1500 BR

**JUDGMENT OF DISMISSAL**

Based on Stipulation for Dismissal (#12),

**IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED with prejudice and without costs to either party.

Dated this  16th  day of February, 2006.

                                        /s/ Anna J. Brown
                                        Anna J. Brown
                                        United States District Judge